No. 93–264. WADE ET AL. *v.* SHOOK, TRUSTEE. C. A. 7th Cir. Certiorari denied.

No. 93–265. CRUMP *v.* DEPARTMENT OF HEALTH AND HUMAN SERVICES ET AL. C. A. 4th Cir. Certiorari denied.

No. 93–267. LAWMASTER *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 93–269. SHIEH *v.* NEWMAN ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 93–272. SULCER *v.* CITIZENS BAND POTAWATOMI INDIAN TRIBE OF OKLAHOMA ET AL. C. A. 10th Cir. Certiorari denied.

No. 93–280. VEREB *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–287. WISE ET AL. *v.* EL PASO NATURAL GAS CO. C. A. 5th Cir. Certiorari denied.

No. 93–291. CHURCH OF SPIRITUAL TECHNOLOGY *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 93–303. CARTER ET AL. *v.* UNITED STATES ET AL. C. A. 8th Cir. Certiorari denied.

No. 93–316. BARNETTE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–322. GILBERT ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–5001. CORDOVA *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 93–5002. ANGUIANO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–5003. DOUGLAS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–5008. MOBLEY *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied.